Feb 3, 2008

Att: Peter T. Dalleo
Clerk of Court

From: Dosh Coverdale # 203108
HRYCI - P.O. Box 9561
Wilmington Del 19809

08-40 (SLR)

Sir:

I am writing your office this request can you provide me with the below requested information.

I had filed a 2254 Writ of Habeus Corpuse within the United States District Court, I need to know had your courts received my writ and what is the status of my pending "Writ" at this present time.

Can you please get back in contact with concerning this matter please.

Thank You Kindly

[signature] # 203108

**FILED**
FEB - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ro scanned



Dash Crocendale # 203108
HRYCI - P.O. Box 9561
Wilmington Delaware 19809

WILMINGTON DE 197
05 FEB 2008 PM
USA 41

Att: Peter T. Dalleo
United States District Court - District of Delaware
Clerk of Court
844 King Street
Wilmington, Delaware 19801

Legal Mail