Feb. 29, 2008

To: Peter T. Dalleo

From Dosh Coverdale # 21685
    Chester County Prison
    501 S. Wawaset Road
    West Chester    PA 19832



F I L E D

MAR - 3 2008
                    BW
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Case No: 1:08-CV-40 SLR
        (SLR)

Dear Courts:

I write your office to inform the Courts
that I would like all my mail be forward
to the above address, however, I was
transferred on Feb. 20, 2008 from Howard
R. Young to Chester County Prison above.

Therefore, can you send me a up date
of the decisions under the above case
number to the appropriate above address
please.

                Kindly Appreciate It

                Dosh Coverdale # 21685
                Chester County Prison
                501 S. Wawaset Road
                West Chester  PA 19832

Dosh Couisdale # 21645

**CHESTER COUNTY PRISON**
501 S. WAWASET ROAD
WEST CHESTER, PA 19382

U.S. POSTAGE

CA 08-40 SLR
Change of
Address

Att. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-357

F I L E D

MAR - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bb

Legal Mail