IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOSH COVERDALE, )
                         )
         Petitioner, )
                         )
v. )        Civil Action No. 08-40-SLR
                         )
RAPHAEL WILLIAMS, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
                         )
        Respondents. )

FILED

MAR 1 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____  I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

Petitioner

Josh Coverdale #21695

**CHESTER COUNTY PRISON**
501 S. WAWASET ROAD
WEST CHESTER, PA 19382

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street - Lockbox 18
Wilmington Delaware 19801