IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOSH COVERDALE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-40-SLR |
| | ) | |
| PHIL MORGAN, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF DISMISSAL**

At Wilmington this 29th day of March, 2008;

IT IS ORDERED that:

Petitioner Dosh Coverdale's request to voluntarily dismiss his § 2254 application without prejudice is GRANTED. (D.I. 7); See Fed. R. Civ. P. 41(a)(2). Accordingly, the court directs the clerk to close the case.

UNITED STATES DISTRICT JUDGE