Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE
$00.41⁰
03/31/2008
Mailed From 19801
049J82023030
neopost

FILED
APR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE        193  DC  1           00  04/03/08
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 19995001818        *1527-16879-31-42*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOSH COVERDALE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-40-SLR |
| ) | |
| PHIL MORGAN, ) | |
| Warden, and ATTORNEY ) | |
| GENERAL OF THE STATE ) | |
| OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

### ORDER OF DISMISSAL

At Wilmington this 29th day of March, 2008;

IT IS ORDERED that:

Petitioner Dosh Coverdale's request to voluntarily dismiss his § 2254 application without prejudice is GRANTED. (D.I. 7); See Fed. R. Civ. P. 41(a)(2). Accordingly, the court directs the clerk to close the case.

_____
UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments

1:08-cv-00040-SLR Coverdale v. Williams et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 3/31/2008 at 3:57 PM EDT and filed on 3/31/2008
**Case Name:** Coverdale v. Williams et al
**Case Number:** 1:08-cv-40
**Filer:**
**WARNING: CASE CLOSED on 03/31/2008**
**Document Number:** 8

**Docket Text:**
**ORDER DISMISSING CASE (copy to pltf.) (CASE CLOSED). Signed by Judge Sue L. Robinson on 3/29/2008. (nfn)**

**1:08-cv-40 Notice has been electronically mailed to:**

**1:08-cv-40 Notice has been delivered by other means to:**

Dosh Coverdale
SBI# 21685
Chester County Prison
501 S. Wawaset Road
West Chester, PA 19382

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/31/2008] [FileNumber=542380-0]
[1c567d14d032a1b1221ac42f2a3cc3df121e8ec064115cd2fcd5140e047ea685edc2
6f350f0ee1b465089a7f733f6ab7560050219ed7cd9d644da1e1ef1d6ac8]]